UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

SYDNEY WHITTINGTON,

    Plaintiff,

v.                              Civil Action No. 2:18-CV-01395

CHW GROUP
d.b.a. CHOICE HOME WARRANTY,

    Defendant.

## ORDER

The court notes the entry of default by the Clerk on May 3, 2019. It is ORDERED that plaintiff be, and she hereby is, directed to submit no later than August 12, 2020, a motion for entry of default judgment, with appropriate affidavit and exhibits, along with a detailed proposed order granting the relief requested.

The Clerk is directed to forward copies of this order to all counsel of record and to the principal office address for defendant CHW Group, Inc. d.b.a Group Home Warranty at 1090 King Georges Post Road, Edison, NJ 08837.

ENTER: July 29, 2020

_____
John T. Copenhaver, Jr.
Senior United States District Judge