```
          UNITED STATES DISTRICT COURT
        SOUTHERN DISTRICT OF WEST VIRGINIA
                  AT CHARLESTON
```

SYDNEY WHITTINGTON,

    Plaintiff,

v.                              Civil Action No. 2:18-cv-01395

CHW GROUP, d/b/a Choice Home Warranty,

    Defendant.

## ORDER

On July 29, 2020, the court entered an order directing plaintiff "to submit no later than August 12, 2020, a motion for entry of default judgment, with appropriate affidavit and exhibits, along with a detailed proposed order granting the relief requested."  ECF No. 15.  Plaintiff did not comply with that order.

Inasmuch as nearly fifteen months have passed since plaintiff's deadline, it is ORDERED that plaintiff SHOW CAUSE on or before November 22, 2021, why this action should not be dismissed for failure to prosecute.

The Clerk is directed to transmit copies of this order to all counsel of record and any unrepresented parties.

                                    ENTER: November 3, 2021

                                    John T. Copenhaver, Jr.
                                  Senior United States District Judge