```
            UNITED STATES DISTRICT COURT
          SOUTHERN DISTRICT OF WEST VIRGINIA
                    AT CHARLESTON
```

**SYDNEY WHITTINGTON,**

       Plaintiff,

v.                              Civil Action No. 2:18-cv-01395

**CHW GROUP, d/b/a Choice Home Warranty,**

       Defendant.

## ORDER

On July 29, 2020, the court entered an order directing plaintiff "to submit no later than August 12, 2020, a motion for entry of default judgment, with appropriate affidavit and exhibits, along with a detailed proposed order granting the relief requested." ECF No. 15.  Plaintiff did not comply with that order.

On November 3, 2021, the court entered an order directing plaintiff to "show cause on or before November 22, 2021, why this action should not be dismissed for failure to prosecute." ECF No. 16.  Plaintiff did not show cause or otherwise respond by that date.

Accordingly, it is ORDERED that this action be, and hereby is, dismissed without prejudice for failure to prosecute and stricken from the docket of the court.

**The Clerk is directed to transmit copies of this order to all counsel of record and any unrepresented parties.**

**ENTER: November 24, 2021**

_____
John T. Copenhaver, Jr.
Senior United States District Judge